AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 06, 2024

SEAN F. McAVOY, CLERK

SAMANTHA M. O.,

    *Plaintiff*

v.

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

    *Defendant*

Civil Action No. 2:22-CV-00259-LRS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Brief, ECF No. 13, is GRANTED.
Defendant's Brief, ECF No. 18, is DENIED.
REVERSED and REMANDED for further administrative proceedings consistent with the Order filed at (ECF No.19), and pursuant to sentence four of 42 U.S.C. § 405(g).
Judgment entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Lonny R. Suko   on parties' briefs.

Date: August 6th, 2024

CLERK OF COURT

SEAN F. McAVOY

s/ Sara Gore
    *(By) Deputy Clerk*
Sara Gore